**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 12, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76609 | Robert J. Fleming, et ux vs. Donald Isaac, et ux |
| WD76632 | Consolidated with WD76609 |
| WD77428 | Calvert's Express Auto Service and Tires, LLC vs. Late Model auto Parts, Inc. |
| WD77691 | Cory G. Gableman vs. State of Missouri |
| WD77772 | In the Interest of: C.M.M. vs. Juvenile Officer |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76615 | State of Missouri vs. Armon Assante Thompson |
| WD77198 | State of Missouri vs. Michael Lee Wilson |